OPINION — AG — ** NEPOTISM — MUNICIPAL POSITION — NO COMPENSATION ** (1) MUNICIPAL PLANNING AND ZONING COMMISSION POSITIONS PROVIDED FOR AT 11 O.S. 45-101 [11-45-101] ET SEQ., ARE CONSIDERED OFFICES WITHIN THE MEANING OF 11 O.S. 8-106 [11-8-106] (2) A CITY COUNCILMAN — TRUSTEE FROM A NON CHARTERED STATUTORY MUNICIPALITY CAN 'NOT' APPOINT HIS SON TO SERVE ON SAID COMMISSION WITHOUT VIOLATING THE NEPOTISM STATUTE, 11 O.S. 8-106 [11-8-106] NOTWITHSTANDING THE FACT THAT THE COMMISSION MEMBERS SERVE WITHOUT COMPENSATION AND THE COMMISSION'S POLICY DECISIONS REQUIRE APPROVAL BY THE CITY'S GOVERNING BODY. (CITY COUNCIL, PUBLIC OFFICER, SALARY, NON SALARIED, APPOINTMENT, MUNICIPALITY) CITE: 11 O.S. 8-106 [11-8-106], 11 O.S. 45-101 [11-45-101], 21 O.S. 481 [21-481], OPINION NO. 77-179, OPINION NO. 70-228, OPINION NO. 66-353 (OZELLA WILLIS) ** SEE OPINION NO. 90-515 (1990) ** SEE OPINION NO. 90-606 (1990) ** SEE OPINION NO. 88-508 (1988) ** == SEE OPINION NO. 88-595 (1988) == ** SEE OPINION NO. 94-518 (1994) **